LONNIE MARONEY,     )
           )
   Plaintiff,     )   2:25-CV-00163-DCLC-CRW
           )
  vs.       )
           )
DAN ARMSTRONG, et al.,   )
           )
   Defendants.    )
           )
           )

## ORDER

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 5]. In the R&R, the magistrate judge recommends that Plaintiff's complaint [Doc. 2] be dismissed because it fails to set forth any colorable federal claim upon which relief can be granted. *See* [Doc. 5]. The magistrate judge previously granted Plaintiff's request to proceed in forma pauperis and provided Plaintiff an opportunity to file an amended complaint within 30 days because the original complaint lacked sufficient facts to set forth a colorable claim. *See* [Doc. 4]. Plaintiff did not file an amended complaint. Plaintiff also did not file objections to the R&R.[1] *See* Fed. R. Civ. P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 5] is **ADOPTED**, and Plaintiff's complaint [Doc. 2] is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall enter.

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153–54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge